UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RICHARD LONG,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>RAYBON JOHNSON,<br><br>　　　　　　Respondent. | No. 2:21-cv-00256-CKD P<br><br><br><br>ORDER |

　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. Petitioner has filed a request for status which the court construes as a motion for an extension of time to file a reply to respondent's answer. So construed, the motion is granted.

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Petitioner's motion for an extension of time to file a reply (ECF No. 10) is granted.

　　　2. Petitioner is granted thirty days from the date of this order in which to file a reply to respondent's answer. The matter will be deemed submitted upon receipt of the reply or the expiration of the time for filing it.

Dated:  August 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/long0256.36.docx